## CHASE SECURITIES CORPORATION, a Corporation, Appellant, v. Joseph H. VOGEL.

### No. 11469.

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

F. H. Stinchfield and John M. Palmer, both of Minneapolis, Minn., and S. S. Jennings, Jr., of New York City, for appellant.

George B. Leonard and Hyman Edelman, both of Minneapolis, Minn., and T. O. Streissguth, of New Ulm, Minn., for appellee.

PER CURIAM.

Mandate of Supreme Court, 312 U.S. 666, 61 S.Ct. 823, 85 L.Ed. 1110, filed and recorded, and in pursuance thereof judgment of this Court entered March 18, 1940, vacated. (Opinion reported 110 F.2d 607.) Judgment of District Court entered November 28, 1938, as amended December 28, 1938, affirmed without costs to either party, on motion of appellee Vogel and stipulation of parties.

## COLUMBIA CASUALTY CO., Appellant, v. COUNTY OF WESTMORELAND, PENNSYLVANIA.

### No. 8662.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 16, 1944.

Heard on Stipulation for Dismissal
May 18, 1945.

Decided Aug. 9, 1945.

James J. Burns, Jr., of Pittsburgh, Pa., for appellant.

Oliver K. Eaton, of Pittsburgh, Pa. (Howard · H. Whitehead, Co. Sol., of Greensburg, Pa., on the brief), for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

In view of the stipulation filed herein on July 20, 1945, it is appropriate to withdraw the per curiam opinion filed on February 1, 1945, 146 F.2d 1000, to vacate the judgment of this court entered the same day and to remand the cause to the District Court of the United States for the Western District of Pennsylvania 55 F.Supp. 30, for such action or disposition as that Court may deem to be meet and proper. Accordingly an order to such effect will be entered.

## DAY & ZIMMERMAN, Inc., Appellant, v. Fred DISTELHORST et al.

### No. 13128.

Circuit Court of Appeals, Eighth Circuit.

July 10, 1945.

Maurice F. Donegan, U. S. Atty., of Davenport, Iowa, Cloid I. Level, Asst. U. S. Atty., of Des Moines, Iowa, and William R. Sheridan, Asst. U. S. Atty., of Keokuk, Iowa, for appellant.

Havner & Powers, of Des Moines, Iowa, and Clark, Pryor, Hale & Plock, of Burlington, Iowa, for appellees.

PER CURIAM.

Appeal from District Court, 58 F.Supp. 334, docketed and dismissed without costs to either party in this Court, on motion of appellant and consent of appellees.